EDWARD S. FOWLER, as Substituted Trustee under the Will of JANE FERGUSON, Deceased, Appellant, *v.* SELIGMAN MANHEIMER, Respondent.

*Fowler* v. *Manheimer*, 70 App. Div. 56, affirmed.
(Submitted March 18, 1904; decided April 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 22, 1902, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Abel E. Blackmar* for appellant.

*Samson Lachman* and *Theodore Baumeister* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.

---

EDWARD P. BEALS et al., Appellants, *v.* FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent, Impleaded with Another.

*Beals* v. *Fidelity & Deposit Co.*, 76 App. Div. 526, affirmed.
(Argued March 21, 1904; decided April 5, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 29, 1902, reversing a judgment in favor of plaintiffs entered upon a verdict directed by the court and granting a new trial.

*August Becker* for appellants.

*Thomas C. Burke* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and CULLEN, JJ.